ESTATE OF AMELL v. RODRÍGUEZ.

APPEAL from the District Court of Aguadilla.

No. 11.—Decided March 15, 1906.

Decided on the authority of case No. 10, *Estate of Amell* v. *Rodríguez* (ante., p. 272).

*Mr. Vázquez* for appellant.

The respondent did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

The question presented for review in this appeal is exactly the same as the one presented in the case of *Sucesion de Salvador Amell y Massó* v. *Juana Paula y Balbina Rodríguez,* No. 10, decided the 14th day of March, 1906 (ante p. 272) ; and for the reasons given in the opinion of the court in that case, the pending appeal herein must be dismissed.

*Dismissed.*

Chief Justice Quiñones, and Justices Hernández, Figueras and MacLeary concurred.